**Stephen F. English**, OSB #730843
E-mail: steve.english@bullivant.com
**David A. Ernst**, OSB #851967
E-mail: dave.ernst@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DAVID DOE, an individual proceeding under a pseudonym,<br><br>                    Plaintiff,<br><br>    v.<br><br>CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in the State of Oregon; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation sole registered to do business in the State of Oregon,<br><br>                    Defendants. | Civil No.: 3:07-CV-1477-PK<br><br>**WITHDRAWAL OF COUNSEL FOR DEFENDANTS** |

TO:  CLERK OF THE COURT

PLEASE TAKE NOTICE that pursuant to L.R. 83, Scott Brooksby, formerly of Bullivant Houser Bailey, PC, withdraws as one of the counsel of record for defendants, and

Bullivant|Houser|Bailey PC

888 S.W. Fifth Avenue, Suite 300
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**WITHDRAWAL OF COUNSEL FOR DEFENDANTS**
**Page 1**

that Stephen F. English and David A. Ernst will continue as counsel of record for the defendants.  All future papers, pleadings and correspondence should be directed to Stephen F. English and David A. Ernst as referenced in the counsel information provided above.

DATED this 3rd day of June, 2008.

                                  BULLIVANT HOUSER BAILEY PC

                                  BY /s/ David A. Ernst
                                        **Stephen F. English**
                                        OSB #730843
                                        **David A. Ernst**
                                        OSB #851967
                                        Telephone: 503.228.6351
                                        Attorneys for Defendants

**Bullivant|Houser|Bailey PC**

888 S.W. Fifth Avenue, Suite 300
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**WITHDRAWAL OF COUNSEL FOR DEFENDANTS**
**Page 2**