KELLY W. CLARK, OSB #83172
O'DONNELL CLARK & CREW, LLP
FREMONT PLACE II, SUITE 302
1650 NW Naito Pkwy.
Portland, OR  97209-2534
Telephone: 503-306-0224
Fax: 503-306-0257
Email: kellyc@oandc.com
   *Of Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| DAVID DOE, an individual proceeding under a pseudonym, | CV 03:07-1477-PK |
| Plaintiffs, | **STIPULATED JUDGMENT OF DISMISSAL** |
| v. | |
| CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a foreign corporation sole registered to do business in the State of Oregon; and CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND SUCCESSORS, a foreign corporation sole registered to do business in the State of Oregon, | |
| Defendants. | |

Pursuant to FRCP 41(a)(2)(ii) and based upon the settlement of this action, and the stipulation of the parties by and through their respective counsel of record, now, therefore,

///

///

///

///

O'DONNELL, CLARK & CREW LLP

FREMONT PLACE II SUITE 302
1650 NW Naito Pkwy.
Portland, Oregon 97209
Telephone: (503) 306-0224
FAX: (503) 306-0257

Page 1    STIPULATED JUDGMENT OF DISMISSAL

IT IS HEREBY ADJUDGED that the above-entitled matter be and the same is hereby dismissed with prejudice and without award of attorney fees or costs to any party.

DATED: _____, 2008　　　_____
　　　　　　　　　　　　　　　　　　　　Paul Papak

**IT IS SO STIPULATED:**

O'DONNELL CLARK & CREW LLP

　/s/ Kelly Clark
Kelly Clark, OSB No. 83172
*Of Attorneys for Plaintiff*

BULLIVANT HOUSER BAILEY PC

　/s/ David A. Ernst
David A. Ernst, OSB No. 851967
888 SW 5th Ave Ste 300
Portland OR 97204
Telephone: 503- 499-4634
Facsimile: 503-295-0915
Email:　dave.ernst@bullivant.com
*Of Attorneys for Defendants*

Page 2　　STIPULATED JUDGMENT OF DISMISSAL

O'DONNELL, CLARK & CREW LLP
FREMONT PLACE II SUITE 302
1650 NW Naito Pkwy.
Portland, Oregon 97209
Telephone: (503) 306-0224
FAX: (503) 306-0257